IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

              Plaintiff,

  v.

CHOI, et al.,

              Defendants.

_____/

No. C 11-80010M CW

ORDER RETURNING
COMPLAINT TO
PLAINTIFF

    On December 9, 2005, this Court entered a pre-filing order
regarding the cases filed by Plaintiff Jerome Grimes.  The pre-
filing order states that if Plaintiff files a complaint that is
"related to any of the following matters:

    (1)    a diversified group of individuals who commit acts
           of terror against Mr. Grimes, his family and
           other citizens;

    (2)    an injunction against the defendants to prevent them from
           kidnaping, framing, falsely imprisoning or otherwise
           terrorizing Mr. Grimes, his family, and other citizens;

    (3)    a court order for the defendants to be subjected to a lie
           detector test;

    (4)  covert terrorism

it will not be filed unless it presents cognizable claims that are
not based on merely conclusory allegations.  Second, no other
complaints filed by Mr. Grimes while he is not incarcerated or
detained will be filed unless they contain intelligible factual
allegations and claims for relief."

    The Court has reviewed the instant complaint, C 11-80010M, and

1  finds that it alleges that Defendants have engaged in terrorism

2  against Plaintiff and his family and engaged in many other heinous

3  acts.  Because this complaint concerns several of the matters

4  mentioned in the pre-filing order, the Clerk of the Court is

5  ordered not to file it.  Instead, the complaint shall be returned

6  to Plaintiff.  IT IS SO ORDERED.

7

8  Dated: 2/7/2011

   CLAUDIA WILKEN

9  United States District Judge

**United States District Court**
For the Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

JEROME L. GRIMES,

4                                                      Case Number: CV11-80010 CW

Plaintiff,

5                                              **CERTIFICATE OF SERVICE**

v.

6

CHOI et al,

7

Defendant.

8 _____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
10  Northern District of California.

11  That on February 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
in the Clerk's office.

13

14

15  Jerome L. Grimes
263 Vernon Street
16  San Francisco,  CA 94132

17  Dated: February 7, 2011

Richard W. Wieking, Clerk
18                                              By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28                                              3